IN THE UNITED STATES DISTRICT COURT FOR THE



AUG 2 7 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:10-CR-277 |
| ) | |
| CHARLES A. JENKINS, JR., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon the unopposed motion of the defendant to extend time for trial to November 3,

2010, and finding in accordance with Title 18, United States Code, Section 3161, for the reasons

stated in open court, that the ends of justice served by granting the extension of time outweigh

the best interest of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for commencing trial is hereby extended up to and

including November 3, 2010.

Dated: August 27, 2010

/s/

T. S. Ellis, III
United States District Judge