IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
      Plaintiff, )
)
v. ) Case No. 1:10cr277
)
CHARLES A. JENKINS, JR., )
      Defendant. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion of even date, and for good cause,

It is hereby **ORDERED** that defendant's motion to dismiss the indictment (Doc. No. 11) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
October 4, 2010

/s/
T. S. Ellis, III
United States District Judge